UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 09-881 DOC (SSx)                                                    Date: October 6, 2010

Title: NGUYEN v. LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUSTS 2006-AR6, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                    NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING AS UNOPPOSED MOTION TO STRIKE AND DISMISS SECOND AMENDED COMPLAINT [DOCKET 56]

      Before the Court is Lasalle Bank, N.A. and Mortgage Electronic Registration Systems, Inc. ("Defendants") Motion to Strike Portions of and Dismiss Second Amended Complaint (the "Motion") [Docket 56]. The Motion was noticed for a hearing date of August 30, 2010. Plaintiffs' Opposition, if any, was due on August 16, 2010. Plaintiffs have not filed an Opposition as of the date of this Order. The Motion is GRANTED as Unopposed pursuant to Local Rule 7-12.

      The Clerk shall serve this minute order on all parties to the action.